## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS MODEL RAILROAD CO., INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:17-cv- |
| | : | 11984-KM-MAH |
| | : | |
| v. | : | |
| | : | |
| THE CONTINENTAL INSURANCE | : | |
| COMPANY, | : | **CONSENT ORDER** |
| | : | |
| Defendant. | : | |

THIS MATTER having been opened to the Court by Defendant, The Continental Insurance Company's Motion to Dismiss or in the Alternative to Transfer Venue; the parties having consulted with one another and having advised the Court that The Continental Insurance Company has agreed to withdraw its pending Motion; and the parties having agreed that the case should be transferred by consent to the United States District Court for the Southern District of New York;

It is hereby ORDERED and DECREED on this ___26th___ day of February 2018, that this matter be transferred to the United States District Court for the Southern District of New York.

_____
                                    U.S.D.J.